Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Taylor Morrison, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WILHELMINA WYNN, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> TAYLOR MORRISON, INC.; a Foreign Corporation, and DOES 1-50, inclusive; and ROE CORPORATIONS 1-50, inclusive, <br><br> Defendants. | Case No.: 2:23-cv-00613-JAD-DJA <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** <br><br> ECF No. 19 |

Plaintiff Wilhelmina Wynn ("Plaintiff") and Defendant Taylor Morrison, Inc. ("Defendant" or "TMI") (collectively referred to as the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate to dismiss all claims Plaintiff had, or may have had, against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action are hereby dismissed, with prejudice, in their entirety.

/ / /

/ / /

/ / /

/ / /

/ / /

Each party is to bear their own fees and costs.

IT IS SO STIPULATED.

DATED this 26th day of October, 2023.          DATED this 26th day of October, 2023.

HKM Employment Attorneys LLP                    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

/s/ *Michael Arata*                              /s/ *Suzanne L. Martin*

Michael Arata                                    Suzanne L. Martin
Nevada Bar No. 11092                             Nevada Bar No. 8833
101 Convention Center Drive                      Noel M. Hernandez
Suite 600                                        Nevada Bar No. 13893
Las Vegas, NV  89109                             10801 W. Charleston Blvd.
*Attorneys for Plaintiff*                        Suite 500
                                                 Las Vegas, NV  89135
                                                 *Attorneys for Defendant Taylor Morrison, Inc.*

## ORDER

Based on the parties' stipulation **[ECF No. 19]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
UNITED STATES JUDGE

10-26-23
DATED

- 2 -